TENTATIVE RULING

ISSUED BY JUDGE LOUISE DECARL ADLER

Debtor:     ROBERT L. & JANE E. SCHUMAN

Number:     16-03469-LT13

Hearing:    10:00 AM Wednesday, November 14, 2018

Motion:     MOTION FOR RELIEF FROM STAY, RS # KZ-1 FILED ON BEHALF OF U.S. BANK TRUST N.A., AS TRUSTEE OF THE SCIG SERIES III TRUST, ITS SUCCESSORS AND ASSIGNS (judge taylor case)

If parties manage to agree on an APO in advance of this hearing, please notify the courtroom deputy and appearances will be excused.

In that event, debtor's counsel will be awarded the guideline fee for his/her services in this matter.